## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**MARK DOLBIN,**                                :

       **Petitioner**              :

                              **CIVIL ACTION NO. 3:16-0682**

   **v.**                                        :

                              **(Judge Mannion)**

**Warden, Allenwood**                  :
**Low Security,**

                           :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

                                        s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                        **United States District Judge**

**Dated:   May 31, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0682-01-order.wpd