# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK DOLBIN,** | : |
| Petitioner | : |
| | CIVIL ACTION NO. 3:16-0682 |
| v. | : |
| | (Judge Mannion) |
| Warden, Allenwood Low Security, | : |
| | : |
| Respondent | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for reconsideration of the Court's May 31, 2016, Memorandum and Order dismissing the above captioned action for lack of jurisdiction (Doc. 9), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   October 17, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0682-02-ORDER-wpd.wpd